BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR ARRAIGNMENT & PLEA

DECEMBER 13, 2013 FROM     12:00PM TO 12:15PM

DOCKET NUMBER:   CR 13-601-09 (RJD)

U.S.A.  -v-        JOSE PAYANO (IN CUSTODY)
                   COUNSEL:ALICE FONTIER (CJA)

AUSA   SOUMYA DAYANANDA
SPANISH INTERPRETER: MARISTELA VERASTEGUI

COURT REPORTER:   LISA SCHWAM

X      CASE CALLED FOR ARRAIGNMENT & PLEA.
        DEFENDANT WAIVES READING OF INDICTMENT AND ENTER A PLEA
        OF NOT GUILTY  TO ALL CHARGES.
        COURT, WITH NO OBJECTION FROM COUNSEL, DESIGNATES CASE
        AS COMPLEX FOR DISCOVERY PURPOSES.   TIME EXCLUDED FROM
        TODAY THROUGH 2/28/14.
        CASE ADJOURNED TO 2/28/14 @12:00PM.